# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS J. SANDUSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>　　　　Defendant. | Case No. 2:19-cv-01340-JAD-BNW<br><br>**ORDER** |

This matter is before the court regarding pro se plaintiff Thomas J. Sanduski's payment of the filing fee. (Receipt of Payment (ECF No. 4).) The court previously ordered Sanduski to file an updated application to proceed *in forma pauperis* or to pay the filing fee. (Order (ECF No. 3).) Sanduski complied with the court's order by paying the filing fee. It is therefore ordered that this case shall proceed on the normal litigation track as governed by the Federal Rules of Civil Procedure.

DATED: December 2, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE