1  STACEY M. GARRETT, NVSB No. 5077
   stacey.garrett@kyl.com
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  400 Oceangate, Suite 1400
   Long Beach, California  90802
4  Telephone:    (562) 436-2000
   Facsimile:    (562) 436-7416
5
   Local Address:
6  2250 South Rancho Drive, Suite 195
   Las Vegas, Nevada 89102
7
   Attorneys for Respondent
8  CHARLES SCHWAB & CO., INC.

9

10                 **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13

14  THOMAS J. SANDUSKI,                  ) Case No. 2:19-cv-01340-JAD-BNW
                                         )
15                      Petitioner,      )
                                         ) **STIPULATION RE: WAIVER OF SERVICE**
16       vs.                             ) **AND BRIEFING SCHEDULE ON PETITION**
                                         ) **TO VACATE ARBITRATION AWARD AND**
17  CHARLES SCHWAB & CO., INC.,          ) **COUNTERMOTION TO CONFIRM**
                                         ) **ARBITRATION AWARD;**
18                      Respondent.      ) **ORDER THEREON**
                                         )
19  _____)
                                             ECF No. 15, 19
20

21

22

23

24

25

26

27

28

---

STIPULATION RE: WAIVER OF SERVICE AND BRIEFING SCHEDULE ON PETITION TO VACATE AND
COUNTERMOTION TO CONFIRM ARBITRATION AWARD; [PROPOSED] ORDER THEREON
KYL4843-0086-9550.1

1  WHEREAS, Plaintiff THOMAS J. SANDUSKI, on behalf of himself, and Respondent

2  CHARLES SCHWAB & CO., INC. ("Schwab"), by and through its counsel of record herein, have

3  met and conferred and hereby agree and stipulate as follows:

4  1.  Thomas J. Sanduski has filed a Petition to Vacate Arbitration Award issued on

5  May 9, 2019 in the matter of *Charles Schwab & Co., Inc. v. Thomas J. Sanduski*, FINRA Case No. 18-

6  01513 (the "Award");

7  2.  Schwab intends to move to confirm the Award;

8  3.  Schwab has received a copy of the Petition to Vacate.  Schwab agrees to waive

9  formal service of the Petition pursuant to Federal Rules of Civil Procedure 4 and 5;

10  4.  Schwab will file its Opposition to Petition to Vacate and Countermotion to

11  Confirm Arbitration Award on or before **December 13, 2019**;

12  5.  Mr. Sanduski will file his Reply in Support of Petition to Vacate and

13  Opposition to Schwab's Countermotion to Confirm Arbitration Award on or before **January 3, 2020**;

14  6.  Schwab will file its Reply Brief in Support of Countermotion to Confirm

15  Arbitration Award on or before **January 13, 2020**;

16  7.  Mr. Sanduski and Schwab each reserve the right to seek oral argument on this

17  matter, pursuant to L.R. 78-1.

18  8.  The parties agree to file documents using the court's Electronic Court Filing

19  system (ECF), to the extent possible, or in any other manner permitted by the United States District

20  Court.  Service of papers shall be accomplished electronically via the court's ECF system, if possible.

21  In addition, the parties agree to serve each other with courtesy copies of all court papers via e-mail.

22  Service via e-mail shall be made to the opposing party on the same calendar day that the papers are

23

24

25

26

27  ///

28  ///

STIPULATION RE: WAIVER OF SERVICE AND BRIEFING SCHEDULE ON PETITION TO VACATE AND
COUNTERMOTION TO CONFIRM ARBITRATION AWARD; [PROPOSED] ORDER THEREON
KYL4843-0086-9550.1

filed with the court.  Mr. Sanduski agrees to accept service via e-mail at the following address:

tomskilv@yahoo.com.  Schwab's counsel agrees to accept service via e-mail at the following address:

stacey.garrett@kyl.com.


**IT IS SO STIPULATED.**

DATED this 11th day of December, 2019.

KEESAL, YOUNG & LOGAN


/s/Thomas J. Sanduski
Thomas J. Sanduski
8749 Potenza Lane
PO Box 646
Las Vegas, Nevada 89117
Telephone: (702) 363-9115

*Plaintiff Pro Se*

/s/ Stacey M. Garrett
Stacey M. Garrett, Esq., NVSB No. 5077
400 Oceangate
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

*Attorneys for Respondent*
*Charles Schwab & Co., Inc.*

**ORDER**

Based on the parties' stipulation [ECF No. 15], IT IS SO ORDERED.

IT IS FURTHER ORDERED that the duplication version of this stipulation,

filed at ECF No. 19 is DENIED as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 6, 2020

- 2 -